| AC-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BARTLE, Harvey, III | 2. Court or Organization<br>U.S. District Court for the<br>Eastern District of Pennsylvania | 3. Date of Report<br><br>May 15, 1991 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type)<br>X Nomination, Date May 15, 1991<br>X Initial ___ Annual ___ Final | 6. Reporting Period<br>January 1, 1990-<br>April 30, 1991 |

**7. Chambers or Office Address**
Dechert Price & Rhoads
4000 Bell Atlantic Tower, 1717 Arch Street
Philadelphia, PA 19103-2793

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* **Complete all parts, checking the NONE box for each section where you have no reportable information.** *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Partner | Dechert Price & Rhoads |
| Trustee | Chestnut Hill Hospital Healthcare, Inc. |
| Trustee | Springside School |
| Trustee | Hillside Child Care, Inc. |
| Secretary | Consensus Investment Club |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1/90 – 4/30/91 | Dechert Price & Rhoads (Partner in Law Firm) | $ 469,243.45 |
| 1/90 – 4/30/91 | Baxter & Brinker (Real Estate Sales) (S) | $_____ |
| 1/90 – 4/30/91 | Chestnut Hill Academy (Substitute Teacher) (S) | $_____ |
| | | $_____ |
| | | $_____ |

-19(a)-

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>BARTLE, Harvey, III | Date of Report<br>May 15, 1991 |
|---|---|---|

## IV REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" for reportable reimbursements and those received by spouse and dependent children, respectively. See pp.14-15 of Instructions.

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.15-18 of Instructions.

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>BARTLE, Harvey, III | Date of Report<br>May 15, 1991 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code¹<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value²<br>Code²<br>(J-P) | (2)<br>Value<br>Method<br>Code³<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value²<br>Code²<br>(J-P) | (4)<br>Gain:<br>Code¹<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 1 Eastman Kodak (Com.) | A | Div. | J | T | | | | | |
| 2 General Motors (Com.) | A | Div. | J | T | | | | | |
| 3 IBM (Com.) | A | Div. | J | T | | | | | |
| 4 Xerox (Com.) | A | Div. | J | T | | | | | |
| 5 DuPont (S) & (DC) (Com.) | A | Div. | J | T | | | | | |
| 6 Consensus Investment Club | B | Div. & Cap.Gain | K | T | (See attachment) | | | | |
| 7 Penn Venture, Ltd. (J) Limited pp. | A | -- | K | W | | | | | |
| 8 Maritrans Limited Partners L.P. (S) pp. | A | Int. | J | W | | | | | |
| 9 Germantown Savings Bank Philadelphia, PA (J) | C | Int. | L | T | | | | | |
| 10 Phila. Savings Fund Society Philadelphia, PA (J) | C | Int. | K | T | | | | | |
| 11 Provident National Bank Philadelphia, PA (S) | A | Int. | J | T | | | | | |
| 12 Corestates First Pa. Bank Philadelphia, PA (J) | A | Int. | K | T | | | | | |
| 13 Manufacturers Life Ins. Co.- Single Premium Annuity | D | Int. | L | T | | | | | |
| 14 Mutual Assurance Co.(Deposit in perpetual fire ins. co.) | A | Div. | J | T | | | | | |
| 15 Phila. Contributionship (Deposit in perpetual fire ins. co.)(J) | A | Div. | J | T | | | | | |
| 16 Dechert Price & Rhoads H.R. 10 Retirement Plan | A | -- | M | T | | | | | |
| 17 City of Philadelphia (Municipal Bond) | A | Int. | J | W | | | | | |
| 18 School Dist. of Phila. (Municipal Bond) | B | Int. | J | W | | | | | |
| 19 Pa. Higher Educational Facilities Auth. (Mun. Bond) | A | Int. | J | W | | | | | |
| 20 Municipal Auth. of West-moreland Cty, PA (Mun. Bond) | A | Int. | J | W | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

-19(c)-

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | BARTLE, Harvey, III | May 15, 1991 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)
(CONT'D)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 21 Garage - 100 W. Moreland Ave., Phila., PA (J) Rental | A | Rent | J | W | | | | | |
| 22 Trust to be established by Dechert Price & Rhoads 5/91 | (See VIII - Additional Information or Explanations) | | | | | | | | |
| 23 I.R.A. with Provident Nat'l Bank, Philadelphia, PA (S) | A | Int. | J | T | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

-19(d)-

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>BARTLE, Harvey, III | Date of Report<br>May 15, 1991 |
|---|---|---|

## VIII.  ADDITIONAL INFORMATION or EXPLANATIONS.  (Indicate part of Report.)

VII(6)   -   The list of securities held by the Consensus Investment Club as of 4/30/91 is
attached.

VII(22) -   Dechert Price & Rhoads ("DP&R") is a tenant under a July 29, 1988 lease in an
office building located at 1717 Arch Street, Philadelphia, PA 19103 owned by
its landlord, Bell Atlantic Properties, Inc.  The lease grants DP&R certain
rights in the financial results of the premises as set forth in the lease
("Participation Right").  The Participation Right will be assigned to an
irrevocable trust, to be created in May, 1991, by DP&R as settlor for the
benefit of those partners who have borne or will bear a share of the rent
and other expenses under the lease during its 15 year base term.  I am one
of those beneficiaries.  No income has become payable by the landlord as of
this date, and it is not possible at this time to determine what my pro rata
share, if any, will be in the future.  Provident National Bank, Philadelphia,
PA is the trustee.

## IX.  CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on
Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory
function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children
had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children
if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was
withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been
reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference
regulations.

Signature  _Harvey Bartle_                                    Date  _May 15, 1991_

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT
MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:          Judicial Ethics Committee
                                                          Administrative Office of the
                                                            United States Courts
                                                          Washington, DC 20544

-19(e)-

Digitized by Google